UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIAN HARBOR INSURANCE COMPANY as successor in interest to CATLIN SPECIALTY INSURANCE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GROUP SHS LLC, dba RESIDENT, a California limited liability company, TIMOTHY KREHBIEL, an individual, 428 S. HEWITT ST. PARTNERSHIP, a California partnership, and MID-CENTURY INSURANCE COMPANY, a California corporation,<br><br>Defendants. | Case No. 2:20-cv-6992-JFW (KSx)<br><br>**JOINT JUDGMENT AS TO DEFENDANTS GROUP SHS LLC AND TIMOTHY KREHBIEL**<br><br>Assigned to the Hon. John F. Walter<br><br>Pre-Trial Conference: August 6, 2021<br>Trial Date:                August 6, 2021<br>Complaint Filed:        August 3, 2020 |

Counsel for Plaintiff Indian Harbor Insurance Company as successor in interest to Catlin Specialty Insurance Company ("Indian Harbor"), Defendants Group SHS LLC, dba Resident ("Resident") and Timothy Krehbiel ("Krehbiel") (collectively, "Defendants," and together with Indian Harbor, the "Parties"), appeared for the Final Pretrial Conference in this matter on August 6, 2021, at which time the Court, with the consent of the Parties, advanced the Court Trial previously set for August 17, 2021 to August 6, 2021.  Following the Court Trial and the Court's Findings of Fact and Conclusions of Law (Dkt. 147), the Court states as follows:

This is a declaratory judgment and reimbursement action arising out of an insurance company's defense of its insureds in an uncovered personal injury lawsuit filed by Jason Ashley against Krehbiel, Resident, and others, captioned *Ashley v. Krehbiel, et al.*, No. BC629036, in the Superior Court of California, Los Angeles County (the "*Ashley* Action").  Indian Harbor's predecessor in interest, Catlin Specialty Insurance Company ("Catlin"), issued Policy No. 0401700831 to Resident for the January 29, 2016 to January 29, 2017 Policy Period (the "Policy").

Catlin and then its successor in interest, Indian Harbor, defended Resident and Krehbiel in the *Ashley* Action.  On August 3, 2020, Indian Harbor filed this action, and in its First Amended Complaint sought: ("Count I") a judgment declaring that Indian Harbor has no obligation to defend or indemnify Resident or Krehbiel in connection with the *Ashley* Action; and ("Count II") reimbursement of the amounts paid under the Policy to defend Resident and Krehbiel in the *Ashley* Action.

The Court determined as a matter of law and undisputed fact that there was no potential for coverage and thus no duty to defend Resident or Krehbiel in the *Ashley* Action, and that Indian Harbor provided a defense to Krehbiel and Resident which it was never obligated to furnish. (Dkt. 74, 75, 131.)

The Court also determined, based on the Parties' stipulation (Dkt. 146), that

Indian Harbor is entitled to recover defense fees and costs Indian Harbor/Catlin incurred to defend Krehbiel and Resident in the *Ashley* Action from the time of its March 23, 2020 letter (attached as Exhibit 4 to the Dkt. No. 133), plus prejudgment interest thereon.

Indian Harbor and Resident have stipulated that Indian Harbor paid $50,612.40 from March 23, 2020 to September 3, 2021 to defend Resident, and that the prejudgment interest on that amount is $2,584.60.  Indian Harbor paid $0.00 to defend Krehbiel since March 23, 2020.

**IT IS HEREBY ORDERED, DECLARED, AND ADJUDICATED THAT**:

1. The Mobile Equipment Exclusion precludes coverage under the Policy for the *Ashley* Action and therefore neither Indian Harbor nor its predecessor, Catlin, has or ever had a duty to defend or indemnify Resident or Krehbiel in connection with that suit.  Judgment is hereby entered in Indian Harbor's favor and against Resident and Krehbiel on Count I of the First Amended Complaint;

2. Judgment in favor of Indian Harbor in the amount of $50,612.40, plus $2,584.60 in prejudgment interest, is entered against Resident.  Judgment is hereby entered in Indian Harbor's favor and against Resident on COUNT II of the First Amended Complaint; and

3. Indian Harbor is awarded its costs.

**IT IS SO ORDERED**

This 3rd day of September, 2021.

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE