JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIAN HARBOR INSURANCE COMPANY as successor in interest to CATLIN SPECIALTY INSURANCE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GROUP SHS LLC, dba RESIDENT, a California limited liability company, TIMOTHY KREHBIEL, an individual, 428 S. HEWITT ST. PARTNERSHIP, a California partnership, and MID-CENTURY INSURANCE COMPANY, a California corporation,<br><br>Defendants. | Case No.  2:20-cv-6992-JFW (KSx)<br><br>**JOINT JUDGMENT**<br><br>Assigned to the Hon. John F. Walter<br><br>Complaint Filed:  August 3, 2020 |

On September 3, 2021, this Court entered judgment in favor of Indian Harbor Insurance Company ("Indian Harbor") and against Group SHS LLC, dba Resident ("Resident"), among others.  (Dkt. 150.)  On December 2, 2022, the United States Court of Appeals for the Ninth Circuit reversed the judgment entered against Resident and issued a formal mandate on January 18, 2023.  Pursuant to settlements among some of the parties, a Joint Stipulation of Dismissal was filed which dismissed all claims and counterclaims among the parties in this action other than the claims as to Defendant Resident. (Dkt. 171.)  Accordingly,

**IT IS HEREBY ORDERED, DECLARED, AND ADJUDICATED THAT**:

1. This Court's September 3, 2021 Judgment (Dkt. 150) is VACATED as to Resident only;

2. In accordance with the ruling of the Ninth Circuit Court of Appeals, the Court declares that the Mobile Equipment Exclusion does not preclude coverage under the Policy for the *Ashley* Action and Indian Harbor is not entitled to reimbursement of the amounts paid under the Policy to defend Resident in that suit.

3. Judgment is hereby entered in Resident's favor and against Indian Harbor on Counts I and II of the First Amended Complaint; and

4. Resident is awarded its costs pursuant to F.R.C.P. 54(d)(1).

**IT IS SO ORDERED**

This 27th day of June, 2023.

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

- 2 -

JOINT ] JUDGMENT;
CASE NO. 2:20-CV-6992-JFW (KSX)